IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | |
|---|---|
| CHRISTIE COFFIN; KIMBERLY WILMOTT and BRENDA KASATY, <br><br> Plaintiffs, <br><br> v. <br><br> MAGELLAN HRSC, INC., <br><br> Defendant. | Civil Action File <br> No. 1:20-cv-00144-DHU-GJF |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on _____, 2024, or as soon thereafter as counsel may heard, in the United States District Court, District of New Mexico, located at 333 Lomas Boulevard NW, Albuquerque, NM 87102, before the Honorable David H. Urias, Named Plaintiffs will move the Court for an Order to: 1) grant preliminary approval of the Settlement Agreement attached to the Declaration of Sheldon A. Ostroff as Exhibit "2" with an order in the form attached to the Settlement Agreement as Exhibit "1"; 2) conditionally certify the proposed class under Fed. R. Civ. Proc. 23(b)(3) for settlement purposes; 3) appoint Sheldon A. Ostroff of the Law Office of Sheldon A. Ostroff and Daniel R. Shinoff of Artiano Shinoff as Class Counsel; 4) authorize Named Plaintiffs to provide notice to the Class Members in the form attached to the Settlement Agreement as Exhibit "2"; and 5) schedule a final approval or fairness hearing no sooner than 90 days after the entry of the Order herein as is convenient to the Court. A proposed order to this effect is attached as Exhibit "1" to the Settlement Agreement and has been emailed to uriasproposedtext@nmd.uscourts.gov.

This Motion is based upon this Notice of Motion, the Memorandum of Points and

Authorities submitted herewith, the accompanying declarations of Class Counsel and Jim Lackritz, Ph.D., and the other papers on file in this action, and such other materials or arguments of counsel that the Court may receive at or before the hearing on this Motion.

Dated: November 6, 2024                         ARTIANO SHINOFF

                                                By:   /s/ Daniel R. Shinoff
                                                      Daniel R. Shinoff
                                                      Lauren J. Cambronero
                                                Attorneys for Plaintiffs CHRISTIE COFFIN,
                                                KIMBERLY WILLMOTT, and BRENDA
                                                KASATY individually, on behalf of themselves
                                                and all others similarly situated

Dated: November 6, 2024                         LAW OFFICE OF SHELDON A. OSTROFF

                                                By:   s/ Sheldon A. Ostroff
                                                      Sheldon A. Ostroff
                                                Attorneys for Plaintiffs CHRISTIE COFFIN,
                                                KIMBERLY WILLMOTT, and BRENDA
                                                KASATY individually, on behalf of themselves
                                                and all others similarly situated